| Prob 22 (10/2007) | | DOCKET NUMBER (Tran Court) 07-CR-096-001-TCK |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) 3:13-00163-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: GLEN ELBERT BOLDEN | DISTRICT Northern District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Terence C. Kern | |
| | DATES OF SUPERVISED RELEASE | FROM 06/28/2011 — TO 06/27/2014 |

OFFENSE

18 USC 922(g)(1) and 924(a)(2) Felon in Possession of a Firearm and Ammunition

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 30, 2012
Date

Terance C. Kern, United States District Judge

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-1-13
Date

United States District Judge